ABRAHAM KERZNER, PLAINTIFF-RESPONDENT, v. JACOB CHAMIS, DEFENDANT-APPELLANT.

Argued May 20, 1924—Decided May 22, 1924.

**Costs—Where Nonsuit has been Awarded After New Trial Granted—Application Denied.**

On appeal from the Hudson County Circuit Court. On application for an order to tax costs.

Before Justices TRENCHARD, MINTURN and CAMPBELL.

For the applicant, *Atwood C. Wolf.*

*Contra, Thomas H. Brown.*

PER CURIAM.

The defendant-appellant, after a new trial had been awarded on appeal to this court from the Hudson Circuit, finally secured a judgment of nonsuit, and now applies for an order to tax the costs of the appeal in his favor. The application will be denied on the authority of *Waters v. Van-Winkle,* 3 N. J. L. 804.